AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| WARREN LAREN SAVAGE | ) | Case No. 3:24-mj-36 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 15, 2023__ in the county of __Escambia__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., Section 922(g)(1) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:
SEE ATTACHED SHEET (AFFIDAVIT).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Adam Zenthammel, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/6/2024

_____
*Judge's signature*

City and state: Pensacola, FL           Hope T. Cannon, U.S. Magistrate Judge
*Printed name and title*

FILED USDC FLND PN
FEB 6 '24 PM 1:22